IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHEILA ALVAREZ,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>HEALTH AND HUMAN SERVICES, DENNIS OBRIAN, BRENDA BROOKS, and HOPE HOMLES,<br><br>　　　　　　Defendants. | 8:21CV38<br><br>**ORDER** |

　　　Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed in Forma Pauperis. (Filing 2.) Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

　　　IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is granted, and the Complaint shall be filed without payment of fees. Plaintiff is advised that the next step in her case will be for the court to conduct an initial review of her claims to determine whether summary dismissal is appropriate under [28 U.S.C. § 1915(e)(2)](). The court will conduct this initial review in its normal course of business.

　　　Dated this 2nd day of February, 2021.

　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　*Richard G. Kopf*
　　　　　　　　　　　　　　　　　　　　　　Richard G. Kopf
　　　　　　　　　　　　　　　　　　　　　　Senior United States District Judge