IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHEILA ALVAREZ, <br><br> Plaintiff, <br><br> vs. <br><br> HEALTH AND HUMAN SERVICES, DENNIS OBRIAN, BRENDA BROOKS, and HOPE HOMLES, <br><br> Defendants. | 8:21CV38 <br><br> **MEMORANDUM AND ORDER** |

On March 25, 2021, the court ordered Plaintiff to file an amended complaint by April 26, 2021, or face dismissal of this action. (Filing 9.) To date, Plaintiff has not filed an amended complaint or taken any other action in this matter.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

Dated this 13th day of May, 2021.

BY THE COURT:

*Richard G. Kopf*

Richard G. Kopf
Senior United States District Judge